UNITED STATES DISTRICT COURT

For the

District of Oregon

Medford Division

| | |
|---|---|
| David N. Phillips )<br>Plaintiff(s) )<br> )<br>  V )<br> )<br> )<br>Henry Schein Inc. )<br>Defendant(s) )<br> )<br>Attorneys for Defendant: )<br>David P.R. Symes, OSB No. 961350 )<br>LITTLER MENDELSON, P.C. )<br>121 SW Morrison, Suite 900 )<br>Portland, OR 97204 )<br>Phone: 503-221-0309 )<br>Fax:   503-242-2457 )<br> )<br>Christina H. Hayes, OSB No. 162099 )<br>LITTLER MENDELSON, P.C. )<br>501 W. Broadway, Suite 900 )<br>San Diego, CA 92101 )<br>Phone: 619-232-0441 )<br>Fax:   619-232-4302 )<br>_____) | Civil Action No: 1:18-cv-00340-CL<br><br>PLAINTIFFS LETTER TO<br>MAGISTRATE JUDGE MARK D. CLARK<br>PRO BONO ORDER DISMISSED PER<br>COURT |

I David N. Phillips on July 22, 2019 mailed letter to United States District Court. Addressed to Magistrate Judge Mark D. Clarke per Court order for my decision on Pro Bono order dismissed.

Signature _David N. Phillips_
Printed Name _David N. Phillips_

Date 7/22/2019

```
UNITED STATES DISTRICT COURT                July 21, 2019
227 United States Courthouse
310 West Sixth Street
Medford, OR 97501



David Phillips
2525 E. 29th Ave. Ste 10B #286
Spokane, WA 99223
509-879-9262
```

Case#: 1:18-cv-00340-CL

To Magistrate Judge Mark D. Clarke.

Per Order: Plaintiff shall inform the Court in writing, by August 12, 2019. Whether he has obtained counsel or will proceed unrepresented.
Plaintiff has put in a motion to have my case transfered to Spokane, Washington. Three attorneys have declined because it is a burden to get to Medford, Oregon. Plaintiff is on disability it is a burden on me to get to Medford, Oregon. Plaintiff has severe spine injuries limiting his travel abilities. I have more resources in Spokane for help. If I have to represent myself, I need to be close to my Court, not 700 miles away.

Henry Schein Inc. as of today is ranked at #238 on the fortune 500 list. Henry Schien Inc. will have no problem with the transfer. It is not any kind of a burden for Henry Schein Inc. The case is just getting started, only Pro Bono ordered only decision. New attorney will have no problem catching up.

Court site Representing Yourself, Pro Bono Representation there is no information about why the Judge can dismiss the appointment of Pro Bono once it is ordered?

Plaintiff can not represent himself against a fortune 500 company who has more attorneys to call on. I need a chance at justice and to have my day in court. Pro bono might work in Spokane?


David Phillips
*/s/ David Phillips*