AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 04, 2020**

SEAN F. McAVOY, CLERK

DAVID N. PHILLIPS,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
| HENRY SCHEIN, INC, | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.   2:19-CV-337-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑  other:  Defendant's Motion for Summary Judgment, ECF No. 65, is GRANTED IN PART.  Plaintiff's federal claims alleged in this Court are DISMISSED WITH PREJUDICE.  Judgment is entered for the Defendant.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge _____ Rosanna Malouf Peterson _____ on a motion for
summary judgment.

Date:  June 4, 2020

CLERK OF COURT

SEAN F. McAVOY

s/ Virginia Reisenauer

*(By) Deputy Clerk*

Virginia Reisenauer